# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHEN HARRIS,**

          **Plaintiff,**

**-vs-**                                                              Case No. 6:10-cv-1791-Orl-31DAB

**DISPOSE ALL, INC.,**

          **Defendant.**

## ORDER

This cause comes before the Court on the Joint Motion for Approval of Settlement and Joint Stipulation for Dismissal with Prejudice (Doc. No. 14), filed April 4, 2011.

On April 13, 2011, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the motion be granted. A Joint Notice of Non-Objection was filed by the parties on April 13, 2011 (Doc. No. 16). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement and Joint Stipulation for Dismissal with Prejudice (Doc. No. 14) is **GRANTED**. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

     3.     In accordance with the settlement, Defendant Dispose All, Inc. shall pay $670.00 to Plaintiff Stephen Harris for unpaid wages and liquidated damages and $2,330.00 to Plaintiff's counsel for attorney's fees and costs.

     4.     The case is **DISMISSED** with prejudice.  The Court will not reserve jurisdiction to enforce a settlement agreement.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 14th day of April, 2011.

                                             GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party